MARIE T. SAVIANO *v.* NICHOLAS J. SAVIANO
(9576)

DUPONT, C. J., SPALLONE and O'CONNELL, Js.
Argued May 2—decision released May 28, 1991

*Dianne M. Anderson,* with whom, on the brief, was *Melissa A. Grauel,* for the appellant (defendant).

*David P. Ball,* with whom, on the brief, was *Paul Swenson,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.